**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00479-LTB-BNB

BILLIE ELLIS,

       Plaintiff,

v.

THE OHIO MATTRESS COMPANY LICENSING AND COMPONENTS GROUP,
d/b/a SEALY COMPONENTS GROUP, INC., a foreign corporation,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal with Prejudice (Doc 48 - filed April 9, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: April 10, 2008